UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc.,<br><br>    Plaintiff/Counterclaim Defendant<br><br>vs.<br><br>Merus N.V.,<br><br>    Defendant/Counterclaim Plaintiff | Civil Action No. 14-CV-1650 (KBF) |

**MERUS' NOTICE OF ITS MOTION AND DOCUMENTATION FOR ATTORNEYS' FEES, EXPERT FEES, EXPENSES, AND COSTS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 20, 2018, Merus N.V. ("Merus") and pursuant to this Court's Opinion and Order granting Merus' motion for attorneys' fees, expert fees, costs, and expenses, D.I. 468, Merus hereby moves before the Honorable Katherine B. Forrest, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, for an Order awarding it its reasonable attorneys' fees, expert fees, expenses, and costs incurred in connection with the above-captioned litigation.  The factual details and legal basis of Merus' request are described in the accompanying memorandum of law, declarations, and supporting exhibits filed contemporaneously herewith.

Dated: April 20, 2018 Respectfully submitted,

/s/ *Patricia A. Carson*
Patricia A. Carson
Aaron D. Resetarits
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-6443
Facsimile: (212) 446-6460
patricia.carson@kirkland.com
aaron.resetarits@kirkland.com

*Attorney for Merus N.V.*