# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Patricia A. Carson
To Call Writer Directly:
(212) 446-6443
patricia.carson@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

June 28, 2018

**By ECF**

The Honorable Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Regeneron Pharmaceuticals, Inc. v. Merus N.V.*, No. 14-CV-1650 (KBF)

Dear Judge Forrest:

    We write pursuant to the Court's June 25, 2018 Order (D.I. 485), regarding proposed redactions to the Court's Opinion granting Merus its attorneys' fees and costs. Merus does not propose any redactions to the Court's Opinion.

    For the Court's convenience, Merus intends to provide the Court with a supplemental submission calculating the amount of interest awarded pursuant to the Court's Opinion (*see* D.I. 472 at n.4), and will confer with Regeneron before providing that submission to the Court. Merus also intends to supplement its fee calculation to include additional fees and costs it may incur in connection with any further actions related to this case (*see* D.I. 472 at 12), including any appeal of this Court's fee calculation.

Respectfully submitted,

*/s/ Patricia A. Carson*
Patricia A. Carson

cc: Counsel of Record (via ECF)